UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TANESHA TAYLOR, | Case No. 3:21-cv-61 |
| *Plaintiff*, | |
| v. | Judge Travis R. McDonough |
| OFFICER MCINTOSH, | Magistrate Judge Debra C. Poplin |
| *Defendant*. | |

**ORDER**

On February 23, 2021, Plaintiff filed this *pro se* action. (Doc. 2.) Plaintiff also filed an application to proceed *in forma pauperis*. (Doc. 1.) On April 15, 2021, United States Magistrate Judge Debra C. Poplin issued a report and recommendation, recommending the Court grant the motion for leave to proceed *in forma pauperis* but dismiss the complaint for failure to state claim pursuant to 28 U.S.C. § 1915(e). (Doc. 4.) Plaintiff failed to timely object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact, conclusions of law, and recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 4) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

AN APPROPRIATE JUDGMENT WILL ENTER.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**